Clerk of the Court
United States District Court
For the Southern District of Texas
515 Rusk Ave.
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

DEC 15 2025

Nathan Ochsner, Clerk of Court

December 8, 2025

RE: United States v. Saldivar-Farias
    Case No. 4:15-cr-203-01

Dear Honorable Clerk:

   I trust this correspondence finds you well.

   On July 22, 2024, I filed with this Court a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).

   On March 28, 2025, the Government filed a response to the above referenced motion.

   The Court has been silent ever since.

   Could you kindly advise as to the status of the above referenced and also send me a copy of my docket sheet.

   I thank you in advance for your attention with respect to this matter.

                                        Respectfully,

                                        *Jose Saldivar*

                                        Jose Manuel Saldivar-Farias
                                        Reg. No. 84644-379
                                        FCI Yazoo City Low II
                                        P.O. Box 5000
                                        Yazoo City, MS 39194

Jose Saldivar
#84644379
FCI Yazoo City Med/Low II
PO Box 5000
Yazoo City MS, 39194

JACKSON MS 390
10 DEC 2025 AM 1 L

United States Courts
Southern District of Texas
FILED
DEC 15 2025
Nathan Ochsner, Clerk of Court

Clerk of the Court
United States District Court
For the Southern District of Texas
515 Rusk Ave.
Houston, Tx 77002